UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN D. ROBBINS,

    Plaintiff,                       Case No. 14-13114

v.

                                              Hon. John Corbett O'Meara

COMMISSIONER OF             Magistrate Judge Anthony P. Patti
SOCIAL SECURITY,

    Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

       Before the court is Magistrate Judge Anthony P. Patti's May 13, 2015 report and recommendation. Plaintiff filed objections to the report and recommendation on May 27, 2015. On June 24, 2015 Defendant filed a response to Plaintiff's objections.

       This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

       Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Patti reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

IT IS HEREBY ORDERED that the May 13, 2015 report and recommendation is ADOPTED as the court's findings and conclusions.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: June 30, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 30, 2015, using the ECF system.

                                          s/William Barkholz
                                          Case Manager